**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **JERRY SOMERSET,**<br><br>　　　　　**Plaintiff,**<br><br>v.<br><br>**THE STATE OF NEW JERSEY, et al.,**<br><br>　　　　　**Defendants.** | Civ. No. 17-993 (KM) (JBC)<br><br>**ORDER** |

　　　　Defendant Partners Pharmacy, LLC ("Partners Pharmacy") having filed a motion (ECF no. 39) to dismiss the Amended Complaint, as well as a reply in support (ECF no. 46); and defendants the State of New Jersey and Frank Covello, J.S.C., having filed a motion (ECF no. 49) to dismiss the Amended Complaint and filed a reply in support (ECF no. 53); and the plaintiff, Jerry Somerset, having filed oppositions to the motions to dismiss (ECF nos. 51, 54, 55), moved for an entry of default (ECF no. 45), and moved (ECF nos. 37, 45, 54, 55) for the appointment of pro bono counsel; for the reasons stated in the accompanying Opinion, and good cause appearing therefor;

　　　　**IT IS** this 20th day of June, 2018,

　　　　**ORDERED** that Partners Pharmacy's motion to dismiss (ECF no. 39) and the State of New Jersey and Judge Covello's motion to dismiss (ECF no. 49) are **GRANTED** with prejudice; and that Mr. Somerset's motions for the entry of default (ECF no. 45) and appointment of pro bono counsel (ECF nos. 37, 45, 54, 55) are **DENIED.**

**Defendant Strategic Delivery Solutions, LLC** is directed that to have its contentions considered it must formally move to vacate default and to dismiss.

_Kevin McNulty_

Kevin McNulty
United States District Judge