UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

JERRY SOMERSET,

    Plaintiff,

v.

THE STATE OF NEW JERSEY, et al.,

    Defendants.

Civ. No. 17-993 (KM) (JBC)

ORDER

Defendant Strategic Delivery Solutions, LLC, ("SDS") having filed motions to dismiss the amended complaint and to vacate the entry of default (DE 62); and the plaintiff, Jerry Somerset, having filed a motion for default judgment (DE 73); and SDS having opposed the motion for the entry of default judgment (DE 75); and the Court having reviewed the various submissions by the plaintiff (DE 59, 68, 69, 73, 74, 76); and the Court having decided the matter without oral argument, see Fed. R. Civ. P. 78; and good cause appearing therefor;

**IT IS** this 4th day of March, 2019,

**ORDERED** that SDS's motion to vacate the clerk's entry of default and to dismiss the amended complaint (DE 62) is **GRANTED**; and it is further

**ORDERED** that Mr. Somerset's motion for the entry of default judgment (DE 73) is **DENIED** as moot.

The dismissal of claims is with prejudice. The clerk shall close the file.

_____
**Kevin McNulty**
**United States District Judge**